1
2
3
4
5
6
7
8                     IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  SAMUEL FLORES TELLO,
11           Petitioner,                    No. 2:12-cv-0597 KJN P
12      vs.
13  R. H. TRIMBLE,
14           Respondent.                    ORDER
15  _____/
16           Petitioner, a state prisoner proceeding without counsel or "pro se," has filed an
17  application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to
18  proceed in forma pauperis. In his application, petitioner challenges a conviction issued by the
19  Tulare County Superior Court. Tulare County is part of the Fresno Division of the United States
20  District Court for the Eastern District of California. See Local Rule 120(d).
21           Pursuant to Local Rule 120(f), a civil action which has not been commenced in
22  the proper division of a court may, on the court's own motion, be transferred to the proper
23  division of the court. Therefore, this action will be transferred to the Fresno Division of the
24  court. This court will not rule on petitioner's request to proceed in forma pauperis.
25  ////
26  ////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's request to proceed in forma pauperis;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: March 16, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tell0597.109